IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| DORRAY COOPER, JOHN HRBEK, JOEL McKEAG, and STEVEN ROWLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN BALDWIN, SHERYL LOCKWOOD, JOHN FAYRAM, JOHN AULT, JONI WELLS, and FONTAINE WALKER,<br><br>Defendants. | No. C11-0141<br><br>ORDER SETTING PRETRIAL DEADLINES |

On the 17th day of July 2013, this matter came on for a telephonic status conference. The Plaintiffs were represented by their attorney, Rockne Cole. The Defendants were represented by their attorney, William A. Hill. The parties agreed that deadlines should be established for disclosure of expert witnesses, completion of discovery, and filing dispositive motions.

### ORDER

IT IS THEREFORE ORDERED as follows:

1. Plaintiffs shall disclose their expert witnesses, if any, not later than **September 1, 2013**.

2. Defendants shall disclose their expert witnesses, if any, not later than **October 1, 2013**.

3. All discovery must be completed not later than **November 1, 2013**.

4. Dispositive motions, if any, must be filed not later than **December 1, 2013**.

DATED this 17th day of July, 2013.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA